UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| MELISSA R. GIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:24-cv-00077-RLY-CSW |
| | ) |
| CVS PHARMACY INC, | ) |
| RECORD USA, INC. d/b/a RECORD | ) |
| AUTOMATIC DOORS, INC., | ) |
| ASSA ABLOY ENTRANCE SYSTEMS US, | ) |
| INC, | |
| HOOK-SUPERX, L.L.C. D/B/A CVS | ) |
| PHARMACY, | |
| DOOR EQUIPMENT COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE CROSS-CLAIM**

This matter, having come before the Court on Defendant, Hook-SupeRx, LLC d/b/a CVS Pharmacy's (incorrectly named as CVS Pharmacy, Inc. and Hook-SupeRx, LLC d/b/a CVS Pharmacy) ("CVS") *Motion for Leave to File a Cross-Claim* (Dkt. 80) Against Defendant, Record USA, Inc. d/b/a Record Automatic Doors, Inc. ("Record"), and being duly advised in the premises, the Court finds that the Motion should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED** that CVS is granted leave to file its Cross-Claim, which is attached to its *Motion* as Exhibit 1. CVS shall do so within seven (7) days of this Order.

**SO ORDERED.**

Date: January 22, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distributed electronically via ECF to counsel of record.